OPINION — AG — WHEN THE PROPOSITION VOTED UPON AT A BOND ELECTION STATES THE PURPOSE AS "CONSTRUCTING" AN ADDITION TO THE HOSPITAL, THE COUNTY COMMISSIONERS MAY LEGALLY EXPEND A PART OF THE PROCEEDS OF THE SALE OF SAID BONDS FOR NECESSARY EQUIPMENT TO PLACE SAID ADDITION IN CONDITION FOR ITS INTENDED USE. CITE: ARTICLE X, SECTION 16, 63 O.S. 1967 Supp., 1-710 [63-1-710] ARTICLE X, SECTION 10, ARTICLE VII (SAM HELLMAN)